# Third District Court of Appeal

## State of Florida

Opinion filed June 26, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1588
Lower Tribunal Nos. 2001759294, 13230007763FC
_____


**Dayron Balboa,**
Appellant,

vs.

**Department of Revenue,
Child Support Program, et al.,**
Appellees.


An Appeal from the State of Florida, Department of Revenue, Child Support Program.

Dayron Balboa, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein, Sr. Assistant Attorney General (Tallahassee), for appellee Department of Revenue.


Before LOGUE, C.J., and LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.